IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

STEVEN E. COOK                                                                  PLAINTIFF

V.                                                                                          NO. 2:12CV000210-MPM-JMV

COMMISSIONER OF SOCIAL SECURITY                          DEFENDANT

### ORDER REQUIRING SUPPLEMENTAL AFFIDAVIT

Before the court in this Social Security case is Plaintiff's Motion to Proceed on Appeal *In Forma Pauperis* and supporting Affidavit [2]. In support of the motion, Plaintiff states: "[B]ecause of my poverty I am unable to pay the costs of said proceeding or give security therefor." Yet, Plaintiff also states that he is presently employed and that he has "received within the past twelve months . . . income from a business, profession or other form of self employment, or in the form of rent payments, interest, dividends, or other source." Plaintiff further states that he owns a 2002 Chevrolet pickup and a trailer house and 2.9 acres of land. Based on the foregoing, the court is unable to discern whether Plaintiff is actually unable to pay the costs associated with this action. Specifically, Plaintiff has provided no details regarding his current employment and income. Therefore,

**IT IS ORDERED**:

That within 14 days of this date, Plaintiff shall provide a supplemental affidavit in support of his ifp application, including the nature of his current employment and amount and rate of pay and the source(s) and amount of any additional income he has received within the past twelve months.

**THIS**, the 26th day of November, 2012.

                                                                                      /s/ Jane M. Virden
                                                                                      U. S. MAGISTRATE JUDGE